UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KINAY RODNEY MINGO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-10117** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION: "A"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief against a defendant immune from such relief.

New Orleans, Louisiana, this  8th  day of    November   , 2017.

_____
UNITED STATES DISTRICT JUDGE